DAMIAN R SHEETS, ESQ.
**NEVADA DEFENSE GROUP**
Nevada Bar No. 10755
714 South Fourth Street
Las Vegas, NV 89101
(702) 988-2600
Attorney for Defendant
**JORDE ANDRES GARCIA-VERDUGO**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>JORGE ANDRES GARCIA-VERDUGO,<br><br>     Defendant | CASE NO.  2:21-00582-EJY<br><br>**MOTION TO SUBSTITUTE ATTORNEY**<br><br>HEARING DATE:<br>HEARING TIME: |

Defendant, JORGE ANDRES GARCIA-VERDUGO, moves to substitute his retained counsel, DAMIAN R. SHEETS, ESQ., of the Law Offices of NEVADA DEFENSE GROUP, 714 South Fourth Street, Las Vegas, Nevada 89101, in place and instead of KELSEY BERNSTEIN, who has left the firm of Nevada Defense Group.

DATED this 20th day of October 2022.

                                           ___s/Damian R. Sheets_____
                                          DAMIAN R. SHEETS, ESQ.
                                          Nevada Bar No. 10755
                                          714 South Fourth Street
                                          Las Vegas, Nevada 89101

I, KELSEY BERNSTEIN, hereby consent to the substitution of DAMIAN R. SHEETS, ESQ., of the Law Offices of NEVADA DEFENSE GROUP, as counsel of record for Defendant in my place and stead.

DATED this 20th day of October, 2022.

                                      BY  s/ Kelsey L. Bernstein
                                           Kelsey L. Bernstein, Esq.

I hereby agree to be substituted in the place of KELSEY BERNSTEIN, Esq., in the above-entitled action as counsel of record for Defendant, JORGE ANDRES GARCIA-VERDUGO.

DATED this 20th day of October 2022.

                                      NEVADA DEFENSE GROUP

                                      BY  s/Damian R Sheets
                                           DAMIAN R. SHEETS, ESQ.
                                           Nevada Bar No. 10755
                                           714 South Fourth Street
                                           Las Vegas, Nevada 89101

IT IS SO ORDERED.

                                           United States Magistrate Judge

                                      DATED:  October 20, 2022